# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2010 APR -6 AM 10: 42

GREGORY C. LANGHAM

BY _____ DEP. CLK

Matthew La Madrid; Premium Return Fund Limited Liability Limited Partnership LLLP; Premium Return Fund II Limited Liability Limited Partnership LLLP; Premium Return Fund III Limited Liability Limited Partnership LLLP; Plus Money, Inc.; The Premium Return Fund Limited Liability Partnership; The Premium Return Fund II Limited Liability Partnership; The Premium Return Fund III Limited Liability Partnership; Plus Money, Inc.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

V.

Heriberto Lopez Perales; Donald E. Lopez; Hreidar Bjornsson; Maarten Van Leenen; H & W Price Less Inc.; Palladium Holding Company; New Viking, Inc.; National Environmental Control Center, Inc.; Dubois Holdings Corporation of America; Donald Lopez; Stephen J. Donell, Receiver

**Case Number:** 08cv823-MMA(NLS)

**10-RJ-0006**

I, W. Samuel Hamrick, Clerk of the United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 2/1/2010, as it appears in the records of this court, and that

No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

| February 22, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | (signature) |
| | (By) Deputy Clerk |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. DONELL, Court-Appointed Permanent Receiver for PLUS MONEY, INC., a Nevada corporation; THE PREMIUM RETURN FUND LIMITED LIABILITY PARTNERSHIP, a Nevada limited partnership; THE PREMIUM RETURN FUND II LIMITED LIABILITY LIMITED PARTNERSHIP, a Nevada limited partnership; THE PREMIUM RETURN FUND III LIMITED LIABILITY LIMITED PARTNERSHIP, a Nevada limited partnership, and their respective subsidiaries and affiliates,<br><br>Plaintiff,<br><br>v.<br><br>HERIBERTO LOPEZ PERALES, an individual; DONALD LOPEZ, an individual; HREIDAR BJORNSSON, an individual; MAARTEN VAN LEENEN, an individual; H&W PRICE LESS, INC., a Texas corporation; PALLADIUM HOLDING COMPANY, a Colorado corporation; NATIONAL ENVIRONMENTAL CONTROL CENTER, INC., a Colorado corporation; DUBOIS HOLDINGS CORPORATION OF AMERICA, a Nevada corporation; and NEW VIKING, INC., a Delaware corporation,<br><br>Defendants. | Case No. 08-cv-0823 MMA (NLS)<br><br>**ORDER AND JUDGMENT RE PLAINTIFF'S APPLICATION FOR JOINT AND SEVERAL DEFAULT JUDGMENT AGAINST DEFENDANTS (1) HERIBERTO LOPEZ PERALES; (2) DONALD LOPEZ; (3) HREIDAR BJORNSSON; (4) H&W PRICE LESS, INC.; (5) PALLADIUM HOLDING COMPANY; (6) NATIONAL ENVIRONMENTAL CONTROL CENTER, INC.; (7) DUBOIS HOLDINGS CORPORATION OF AMERICA; AND (8) NEW VIKING, INC.**<br><br>[Doc. No. 62] |

The Application for Joint and Several Default Judgment Against Defendants (1) Heriberto Lopez Perales; (2) Donald Lopez; (3) Hreidar Bjornsson; (4) H&W Price Less, Inc.; (5) Palladium Holding Company; (6) National Environmental Control Center, Inc.; (7) Dubois Holdings Corporation of America; and (8) New Viking, Inc. (the "Application") of Plaintiff Stephen J. Donell (the "Receiver"), the Court-appointed Receiver for Plus Money, Inc., The Premium Return Fund Limited Liability Limited Partnership, The Premium Return Fund II Limited Liability Limited Partnership, The Premium Return Fund III Limited Liability Limited Partnership, and their respective subsidiaries and affiliates having been considered by this Court, and good cause appearing therefore, this Court finds and orders as follows:

1. The Receiver's Application is **GRANTED** in its entirety. The Court finds that the interests weigh in favor of granting the motion and entering default judgment against the defaulted defendants listed above. *See Eitel v. McCool,* 782 F.2d 1470, 1471-72 (9th Cir. 1986).

2. Defendants (1) Heriberto Lopez Perales; (2) Donald Lopez; (3) Hreidar Bjornsson; (4) H&W Price Less, Inc.; (5) Palladium Holding Company; (6) National Environmental Control Center, Inc.; (7) Dubois Holdings Corporation of America; and (8) New Viking, Inc. are adjudged and decreed to be jointly and severally liable to the Receiver in the principal amount of $7,464,358.85, plus $1,241,367.42 in prejudgment interest; and

3. Judgment is hereby entered in favor of the Receiver and against Defendants (1) Heriberto Lopez Perales; (2) Donald Lopez; (3) Hreidar Bjornsson; (4) H&W Price Less, Inc.; (5) Palladium Holding Company; (6) National Environmental Control Center, Inc.; (7) Dubois Holdings Corporation of America; and (8) New Viking, Inc. in the amounts identified above.

**IT IS SO ORDERED.**

Dated: February 1, 2010

Hon. Michael M. Anello
Judge, United States District Court

hereby attest and certify on 2-23-10 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Deputy

Case No. 08-cv-0823 MMA (NLS)

-2-